Exhibit 2

## SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA CIVIL DIVISION

| | | |
|---|---|---|
| **YOLANDA LITTLEJOHN** | : | |
| 5804 Lundy Dr. | : | |
| Lanham, MD 20706 | : | |
| | : | |
| Plaintiff. | : | |
| v. | : | |
| | : | |
| | : Case No.: | 2025-CAB-000036 |
| | : | |
| **DISTRICT OF COLUMBIA** | : | |
| c/o Office of Attorney General | : | |
| 400 6th Street NW | : | |
| Washington, D.C. 20001 | : | |
| | : | |
| Defendant. | : | |

## COMPLAINT

**COMES NOW** Plaintiff, Yolanda Littlejohn (hereinafter, "Ms. Littlejohn") by and through counsel, and hereby moves this Honorable Court for judgement in this civil action against Defendant, District of Columbia (hereinafter, "Defendant") and in support thereof states as follows:

### Parties

1. Plaintiff is resident of the state of Maryland.

2. Defendant is a municipal corporation, the local government of Washington, D.C. It operates and governs District agencies, including the Department of Human Services, pursuant to the laws of the District of Columbia.

### Jurisdiction & Venue

3. Jurisdiction is vested in this Court pursuant to D.C. Code Ann. § 11 – 921 (a).

Page 1 of 7

Littlejohn v. District of Columbia
Complaint for Damages

4.  Jurisdiction is appropriate over Defendant because of Defendant's connections with the District of Columbia.

5.  Venue is proper because the parties' employment relationship and harm was within the District.

## **STATEMENT OF FACTS**

6.  Ms. Littlejohn has been employed with the Department of Human Services (hereinafter, "The Agency") since on or about January 11, 2016.

*FMLA Interference for Rotator Cuff Surgery*.

7.  Ms. Littlejohn underwent surgery on a rotator cuff surgery in April of 2023. Consequently, she submitted for job protected leave, or FMLA, in April 2023.

8.  By rule, the District was supposed to process the FMLA application within 15 days.

9.  The District failed to process the FMLA application within 15 days.

10. As a result of her recovery and treatment, Ms. Littlejohn was out of work from April 2023 to June 6, 2023.

11. Because Ms. Littlejohn's FMLA leave was not approved, she exhausted her annual and sick leave to cover her time out of work from April to June 6, 2023.

*FMLA Interference for Breast Cancer*.

12. In August 2023, Ms. Littlejohn was diagnosed with breast cancer. She required surgery for treatment.

13. Accordingly, Ms. Littlejohn submitted second request for FMLA in August.

14. She also applied for disability insurance in August of 2023. The Agency failed to respond.

15. Ms. Littlejohn's medical provider recommended her leave from work from October 2-November 17th, 2023 to recovery from breast cancer surgery.

Littlejohn v. District of Columbia
Complaint for Damages

16. However, because of The Agency's failure to approve Ms. Littlejohn's leave, Ms. Littlejohn, again, used her annual and sick leave for her time out from work.

17. Ms. Littlejohn underwent two surgeries for her breast cancer treatment, on October 3rd, and October 23rd of 2023.

18. Because Ms. Littlejohn used her sick and annual leave, with no response from the Agency regarding her medical leave, she reported to work earlier than recommended on or about October 30, 2023.

19. Because of Ms. Littlejohn's recovery from breast cancer surgery, she missed work from October 2, 2023 to October 30, 2023.

_Retroactive Approval of April FMLA and Denial of October FMLA._

20. Until December 2023, the District failed to act in processing either of Ms. Littlejohn's requests for job protected leave or disability, submitted in April and August of 2023.

21. In December of 2023, DC Human Resources approved of Ms. Littlejohn's April FMLA.

22. The approved April FMLA was retroactively applied for April 2023 to April 2024 for ongoing treatment and evaluations.

23. DC Human Resources denied Ms. Littlejohn's requested FMLA from October to recover from breast cancer surgeries.

24. The District never adjusted Ms. Littlejohn's sick and annual leave that she used during these periods, even after it finally approved her April FMLA months later.

_Revocation of Disability Accommodation and Further FMLA Interference._

25. The Agency emailed Ms. Littlejohn to inform her that she would need to reapply for telework, which she received as a reasonable medical accommodation.

26. On or about February 28, 2024, Ms. Littlejohn's medical provider informed her that she would need a left breast mastectomy.

27. Ms. Littlejohn followed up with DCHR regarding her disability approval that was submitted in August of 2023.

28. Ms. Littlejohn learned that DCHR never processed her disability application. Consequently, Ms. Littlejohn forwarded it to a different DC office, who processed the disability application and awarded her a check for one week's worth of work.

29. Additionally, on or about February 28, 2024, the Agency informed Ms. Littlejohn that she was required to return to work on March 4, 2024 because she did not have job protected leave for mastectomy surgery. Consequently, Ms. Littlejohn reported to work in an unhealthy, ill-advised condition because the Agency failed to approve FMLA.

30. On or about June 17, 2024, Ms. Littlejohn, again, submitted an ADA request for accommodation. By agency rule, a response was required within 5 days of submission. However, the Agency finally responded in September of 2024 when it approved the request and backdated it for July of 2024. The Agency also approved the request for only six months when the request, supported by medical provider's recommendation, asked for a one-year accommodation.

31. On or about July 30, 2024, Ms. Littlejohn underwent a reconstruction surgery, in connection with her breast cancer treatment, which resulted in a nine (9) day stay in the Intensive Care Unit, blood clots, a transfusion, and two emergency surgeries.

32. While in the hospital, Ms. Littlejohn continued to reach out to the Agency concerning medical leave. The Agency informed her that she no longer had annual or sick leave. Consequently, Ms. Littlejohn had to file for FMLA once again.

Littlejohn v. District of Columbia
Complaint for Damages

33. In response, the District informed her that she would need to renew her ADA accommodation to telework. This is so, even as two of Ms. Littlejohn's medical providers recommended telework for a year.

34. As of this filing, Ms. Littlejohn's FMLA has not been approved for her mastectomy.

## **CLAIMS FOR RELIEF**

35. As to each claim below, Plaintiff realleges and incorporates by reference the preceding allegations in this Complaint as if fully set forth herein.

## **COUNT I – FMLA INTERFERENCE**

36. Plaintiff is an employee worked at least 1250 hours in a year at a worksite with at least fifty people in a 75-mile radius.

37. Defendant is a government entity, employing at least 50 workers.

38. Plaintiff has availed herself to protective rights under the Family Medical Leave Act.

39. Though Plaintiff qualified for FMLA, the Defendant either did not approve or took an unreasonable amount of time to approve, thereby compelling Ms. Littlejohn to use her sick and annual leave.

40. Ms. Littlejohn suffered and is suffering considerable injuries, including lost leave, emotional distress, anxiety, mental anguish, loss of enjoyment of life, reputational harm, loss of self-esteem,  loss of income, loss of quality of life, loss of future income, and embarrassment.

## **COUNT II – FAILURE TO ACCOMMODATE**


## **PRAYER FOR RELIEF**

Littlejohn v. District of Columbia
Complaint for Damages

WHEREFORE, Plaintiff requests judgment against the Defendant and prays for the following relief:

A.    Enter a judgment in Plaintiff's favor against Defendant for violation of local and federal law;

B.    Issue a declaratory judgment that the Defendant's conduct as complained herein violated Plaintiff's contractual rights and civil rights under Washington DC law;

C.    Award reasonable and appropriate compensatory damages to Plaintiff, in an amount to be ascertained at trial, including but not limited to, emotional distress, embarrassment, anxiety, humiliation, exclusion, inconvenience, loss of enjoyment, loss of earning capacity, and loss of income, from which Ms. Littlejohn continues to suffer by Defendant's unlawful conduct described above;

E.    Award exemplary and punitive damages to Plaintiff, in an amount to be ascertained at trial, to deter similar unlawful acts in the future;

F.    Award reasonable attorneys' fees and costs incurred in bringing and maintaining this action, as allowed by law;

G.    Award past and future economic damages for all claims as allowed by law, in an amount to be determined at trial, including but not limited to, back pay and interest on the same, front pay, and lost benefits;

H.    Award such other and further relief as this Court deems necessary and proper.

## <u>DEMAND FOR JURY TRIAL</u>

Plaintiff hereby demands a trial by jury.

Respectfully Submitted,

_____

Robert Baldwin III, Esq.

Page 6 of 7

Littlejohn v. District of Columbia
Complaint for Damages

Bar No. 90002020
Virtue Law
1250 Connecticut Ave, Suite 700
Washington D.C., NW 20036
T: (301) 821-6407
Robert@virtuelawgroup.com
*Counsel for Plaintiff*

Littlejohn v. District of Columbia
Complaint for Damages





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**Sección de Acciones Civiles**
**500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001**
**Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov**

_____
                                   Demandante

            contra

                                              Número de Caso: _____

_____
                                   Demandado

**CITATORIO**

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                        *SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

                                   Por: _____

_____
Dirección                                              Subsecretario

_____
                                   Fecha _____
Teléfono
如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction        Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면 (202) 879-4828 로 전화주십시오        የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO_.

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

eFiled
2/20/2025 1:46:42 PM
Superior Court
of the District of Columbia

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

Yolanda Littlejohn
_____
                    Plaintiff

vs.

District of Columbia                          Case Number    **2025-CAB-000036**
_____
                    Defendant

**SUMMONS**

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Robert Baldwin III, esq.
_____
Name of Plaintiff's Attorney

1250 Connecticut Ave. Suite 70
_____
Address
Washington DC, NW 20036
_____

301-821-6407
_____
Telephone

Clerk of the Court

By _____
                    Deputy Clerk

Date    2/21/2025

如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction        Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828로 전화주십시오.        የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

## AFFIDAVIT OF PROCESS SERVER

**Superior Court of the District of Columbia**
**Civil Division**
**Civil Actions Branch**

**Yolanda Littlejohn**

    Plaintiff(s),

VS.

**District of Columbia**

    Defendant(s).

Attorney: Robert Baldwin III, esq.

Virtue Law Group
1250 Connecticut Ave., NW, #700
Washington DC 20036



**\*331381\***

**Case Number: 2025-CAB-000036**

Legal documents received by Same Day Process Service, Inc. on **02/24/2025** at **2:40 PM** to be served upon **District of Columbia, by serving The Attorney General for the District of Columbia at Office of the Attorney General, 400 6th St., NW, Washington, DC 20001**

I, **Michael Molash**, swear and affirm that on **February 25, 2025** at **5:43 AM**, I did the following:

Served **District of Columbia, by serving The Attorney General for the District of Columbia** by delivering a conformed copy of the **Summons (English and Spanish Version); Complaint; Notice of Remote Initial Scheduling Conference** to **Representative of the Office of the Attorney General** as **Authorized Agent** of **District of Columbia, by serving The Attorney General for the District of Columbia** at **Office of the Attorney General, 400 6th St., NW, Washington, DC 20001**.

**Supplemental Data Appropriate to this Service:** A representative of the Office of the Attorney General accepted service via electronic mail by their email address of: oagserviceofprocess@dc.gov as "in hand" delivery is not possible at this time. The representative acknowledged receipt of the email I had sent with the court documents on 02-25-2025 at 5:43 am.

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

County of Charleston
State of South Carolina
Subscribed and sworn to before me
this _26th_ day of _February_, _2025_
by _Michael Molash_
_Kristin Molash_ **Notary Public**
    Kristin Molash
My commission expires February 24, 2031



**Michael Molash**
Process Server
**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
**info@samedayprocess.com**

Internal Job
ID:331381



eFiled
2/28/2025 10:47:41 AM
Superior Court
of the District of Columbia

## AFFIDAVIT OF PROCESS SERVER

**Superior Court of the District of Columbia**
**Civil Division**
**Civil Actions Branch**

**Yolanda Littlejohn**

        Plaintiff(s),

VS.

**District of Columbia**

        Defendant(s).

Attorney: Robert Baldwin III, esq.

Virtue Law Group
1250 Connecticut Ave., NW, #700
Washington DC 20036



*331380*

**Case Number: 2025-CAB-000036**

Legal documents received by Same Day Process Service, Inc. on **02/24/2025** at **2:38 PM** to be served upon **District of Columbia, by serving The Mayor of the District of Columbia at Office of the Attorney General, 400 6th St., NW, Washington, DC 20001**

I, **Michael Molash**, swear and affirm that on **February 25, 2025** at **5:43 AM**, I did the following:

Served **District of Columbia, by serving The Mayor of the District of Columbia** by delivering a conformed copy of the **Summons (English and Spanish Version); Complaint; Notice of Remote Initial Scheduling Conference** to **Representative of the Office of the Attorney General** as **Authorized Agent** of **District of Columbia, by serving The Mayor of the District of Columbia at Office of the Attorney General, 400 6th St., NW, Washington, DC 20001**.

**Supplemental Data Appropriate to this Service:** A representative of the Office of the Attorney General accepted service via electronic mail by their email address of: oagserviceofprocess@dc.gov as "in hand" delivery is not possible at this time. The representative acknowledged receipt of the email I had sent with the court documents on 02-25-2025 at 5:43 am.

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

County of Charleston
State of South Carolina
Subscribed and sworn to before me
this 26th day of February, 2025
by Michael Molash
_Kristin Molash_ Notary Public
**Kristin Molash**
My commission expires February 24, 2031

**Michael Molash**
Process Server
**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
**info@samedayprocess.com**

Internal Job
ID:331380





## SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA CIVIL DIVISION

| | |
|---|---|
| **YOLANDA LITTLEJOHN** | : |
| 5804 Lundy Dr. | : |
| Lanham, MD 20706 | : |
| | : |
| Plaintiff. | : |
| v. | : |
| | : |
| | : Case No.:  2025-CAB-000036 |
| | : |
| **DISTRICT OF COLUMBIA** | : |
| c/o Office of Attorney General | : |
| 400 6th Street NW | : |
| Washington, D.C. 20001 | : |
| | : |
| Defendant. | : |

## PLAINTIFF'S AMENDED COMPLAINT

**COMES NOW** Plaintiff, Yolanda Littlejohn (hereinafter, "Ms. Littlejohn") by and through counsel, and hereby moves this Honorable Court for judgement in this civil action against Defendant, District of Columbia (hereinafter, "Defendant") and in support thereof states as follows:

### Parties

1. Plaintiff is resident of the state of Maryland.

2. Defendant is a municipal corporation, the local government of Washington, D.C. It operates and governs District agencies, including the Department of Human Services, pursuant to the laws of the District of Columbia.

### Jurisdiction & Venue

3. Jurisdiction is vested in this Court pursuant to D.C. Code Ann. § 11 – 921 (a).

Littlejohn v. District of Columbia
Amended Complaint for Damages

4. Jurisdiction is appropriate over Defendant because of Defendant's connections with the District of Columbia.

5. Venue is proper because the parties' employment relationship and harm was within the District.

## **STATEMENT OF FACTS**

6. Ms. Littlejohn has been employed with the Department of Human Services (hereinafter, "The Agency") since on or about January 11, 2016.

*FMLA Interference for Rotator Cuff Surgery*.

7. Ms. Littlejohn underwent surgery on a rotator cuff surgery in April of 2023. Consequently, she submitted for job protected leave, or FMLA, in April 2023.

8. By rule, the District was supposed to process the FMLA application within 15 days.

9. The District failed to process the FMLA application within 15 days.

10. As a result of her recovery and treatment, Ms. Littlejohn was out of work from April 2023 to June 6, 2023.

11. Because Ms. Littlejohn's FMLA leave was not approved, she exhausted her annual and sick leave to cover her time out of work from April to June 6, 2023.

*FMLA Interference for Breast Cancer*.

12. In August 2023, Ms. Littlejohn was diagnosed with breast cancer. She required surgery for treatment.

13. Accordingly, Ms. Littlejohn submitted second request for FMLA in August.

14. She also applied for disability insurance in August of 2023. The Agency failed to respond.

15. Ms. Littlejohn's medical provider recommended her leave from work from October 2-November 17[th,] 2023 to recover from breast cancer surgery.

Littlejohn v. District of Columbia
Amended Complaint for Damages

16. However, because of The Agency's failure to approve Ms. Littlejohn's leave, Ms. Littlejohn, again, used her annual and sick leave for her time out from work.

17. Ms. Littlejohn underwent two surgeries for her breast cancer treatment, on October 3rd, and October 23rd of 2023.

18. Because Ms. Littlejohn used her remaining sick and annual leave, with no response from the Agency regarding her medical leave, she reported to work earlier than recommended on or about October 30, 2023.

19. Because of Ms. Littlejohn's recovery from breast cancer surgery, she missed work from October 2, 2023 to October 30, 2023.

*Retroactive Approval of April FMLA and Denial of October FMLA.*

20. Until December 2023, the District failed to act in processing either of Ms. Littlejohn's requests for job protected leave or disability, submitted in April and August of 2023.

21. In December of 2023, DC Human Resources approved of Ms. Littlejohn's April FMLA.

22. The approved April FMLA was retroactively applied from the period of April 2023 to April 2024 for ongoing treatment and evaluations.

23. DC Human Resources denied Ms. Littlejohn's requested FMLA from October to recover from breast cancer surgeries.

24. The District never adjusted Ms. Littlejohn's sick and annual leave that she used during these periods, even after it finally approved her April FMLA months later.

*Revocation of Disability Accommodation and Further FMLA Interference.*

25. In December of 2023, Ms. Littlejohn was approved for 100% telework as an accommodation based on her recovery from breast cancer. The telework approval was scheduled to end July 1, 2024.

26. In early 2024, the Agency emailed Ms. Littlejohn to inform her that she would need to reapply for telework, which she received as a reasonable medical accommodation.

27. On or about February 28, 2024, Ms. Littlejohn's medical provider informed her that she would need a left breast mastectomy as treatment for her diagnosed breast cancer.

28. Ms. Littlejohn followed up with DCHR regarding her disability approval that was submitted in August of 2023.

29. Ms. Littlejohn learned that DCHR never processed her disability application. Consequently, Ms. Littlejohn forwarded it to a different DC office, who processed the disability application and awarded her a check for one week's worth of work.

30. Additionally, on or about February 28, 2024, the Agency informed Ms. Littlejohn that she was required to return to work on March 4, 2024 because she did not have job protected leave for mastectomy surgery. Consequently, Ms. Littlejohn reported to work in an unhealthy, ill-advised condition because the Agency failed to approve FMLA.

31. On or about June 17, 2024, Ms. Littlejohn, again, submitted an ADA request for telework as an accommodation. By agency rule, a response was required within 5 days of submission. However, the Agency finally responded in September of 2024 when it approved the request and backdated it for July of 2024. The Agency also approved the request for only six months when the request, supported by medical provider's recommendation, asked for a one-year accommodation.

32. On or about July 30, 2024, Ms. Littlejohn underwent a breast reconstruction surgery, in connection with her breast cancer treatment, which resulted in a nine (9) day stay in the Intensive Care Unit, blood clots, a transfusion, and two emergency surgeries.

33. While in the hospital, Ms. Littlejohn continued to reach out to the Agency concerning medical leave. The Agency informed her that she no longer had annual or sick leave. Consequently, Ms. Littlejohn had to file for FMLA once again.

34. In response, the District informed her that she would need to renew her ADA accommodation to telework. This is so, even as two of Ms. Littlejohn's medical providers recommended telework for a year.

35. As of this filing, Ms. Littlejohn's FMLA has not been approved for her mastectomy.

<u>**CLAIMS FOR RELIEF**</u>

36. As to each claim below, Plaintiff realleges and incorporates by reference the preceding allegations in this Complaint as if fully set forth herein.

**COUNT I – FEDERAL FMLA INTERFERENCE**

37. Plaintiff is an employee worked at least 1250 hours in a year at a worksite with at least fifty people in a 75-mile radius.

38. Defendant is a government entity, employing at least 50 workers.

39. Plaintiff has availed herself to protective rights under the Family Medical Leave Act.

40. Though Plaintiff qualified for FMLA, the Defendant either did not approve or took an unreasonable amount of time to approve, thereby compelling Ms. Littlejohn to use her sick and annual leave.

41. Ms. Littlejohn suffered and is suffering considerable injuries, including lost leave, emotional distress, anxiety, mental anguish, loss of enjoyment of life, reputational harm, loss of self-esteem,  loss of income, loss of quality of life, loss of future income, and embarrassment.

**COUT II - DC FMLA INTERFERENCE**

Littlejohn v. District of Columbia
Amended Complaint for Damages

42.    Plaintiff is an employee worked at least 1000 hours in the 12 months immediately preceding her request.

43.    Defendant is a government entity.

44.    Plaintiff requested time off to recover from a serious health condition that rendered her unable to perform functions of her position. Consequently, Plaintiff has availed herself to protective rights under the Family Medical Leave Act.

45.    Though Plaintiff qualified for FMLA, the Defendant either did not approve or took an unreasonable amount of time to approve, thereby compelling Ms. Littlejohn to use her sick and annual leave.

46.    Moreover, because Defendant failed to act on Ms. Littlejohn's entitled leave, Ms. Littlejohn exhausted her sick and annual leave while recovering, which forced her back to work before her recommended return.

47.    Ms. Littlejohn suffered and is suffering considerable injuries, including lost leave, emotional distress, anxiety, mental anguish, loss of enjoyment of life, reputational harm, loss of self-esteem,  loss of income, loss of quality of life, loss of future income, and embarrassment.

**COUNT III – DCHRA FAILURE TO ACCOMMODATE**

48.    Ms. Littlejohn, recovering from breast cancer surgery, had a qualified medical condition which entitled her to a reasonable accommodation.

49.    The Defendant approved 100% telework until June of 2024. Defendant then unilaterally  rescinded this telework accommodation. As a result, Ms. Littlejohn reported to work in a condition ill-advised by her medical provider. Ms. Littlejohn reporting to work in this condition caused her physical pain, as well as undue stress,

emotional distress, anxiety, mental anguish, loss of enjoyment of life, reputational

harm, loss of self-esteem, and embarrassment.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff requests judgment against the Defendant and prays for the

following relief:

A.     Enter a judgment in Plaintiff's favor against Defendant for violation of local and

federal law;

B.     Issue a declaratory judgment that the Defendant's conduct as complained herein

violated Plaintiff's contractual rights and civil rights under Washington DC law;

C.     Award reasonable and appropriate compensatory damages to Plaintiff, in an amount

to be ascertained at trial, including but not limited to, emotional distress, embarrassment, anxiety,

humiliation, exclusion, inconvenience, loss of enjoyment, loss of earning capacity, and loss of

income, from which Ms. Littlejohn continues to suffer by Defendant's unlawful conduct described

above;

E.     Award exemplary and punitive damages to Plaintiff, in an amount to be ascertained

at trial, to deter similar unlawful acts in the future;

F.     Award reasonable attorneys' fees and costs incurred in bringing and maintaining

this action, as allowed by law;

G.     Award past and future economic damages for all claims as allowed by law, in an

amount to be determined at trial, including but not limited to, back pay and interest on the same,

front pay, and lost benefits;

H.     Award such other and further relief as this Court deems necessary and proper.

## <u>DEMAND FOR JURY TRIAL</u>

Plaintiff hereby demands a trial by jury.

Respectfully Submitted,

_____

Robert Baldwin III, Esq.
Bar No. 90002020
Virtue Law
1250 Connecticut Ave, Suite 700
Washington D.C., NW 20036
T: (301) 821-6407
Robert@virtuelawgroup.com
*Counsel for Plaintiff*

Page 8 of 9

Littlejohn v. District of Columbia
Amended Complaint for Damages

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the 14th day of March 2025, a copy of the foregoing Amended Complaint was served via electronic mail upon the following:

Brian L. Schwalb, Attorney General for the District of Columbia;

Lauren Nasstrom,  Assistant Attorney General for the District of Columbia; and

Eli Koppel, Assistant Attorney General for the District of Columbia

400 6th Street, NW

Washington DC, 20001

*Counsel for the Defendant*

Respectfully Submitted,

_____
Robert Baldwin III, Esq.
Bar No. 90002020
Virtue Law
1250 Connecticut Ave, Suite 700
Washington D.C., NW 20036
T: (301) 821-6407
Robert@virtuelawgroup.com
*Counsel for Plaintiff*

Page 9 of 9



Superior Court of the District of Columbia
Civil Division - Civil Actions Branch
500 Indiana Ave NW, Room 5000, Washington DC 20001
202-879-1133 | www.dccourts.gov

First Class Mail
U. S. Postage Paid
Washington, D.C.
Permit No. 1726

Robert W Baldwin III
The Tyrone Law Group LLC
9701 Apollo Drive Suite 100
Largo MD  20774

You are named in a lawsuit filed in the Superior Court of the District of Columbia. If you cannot appear at the hearing, please contact the Clerk's Office immediately for more information. If Plaintiff does not participate, the case may be dismissed. If Defendant does not participate, default or judgment may be entered.

For case information, please contact the Civil Actions Branch Clerk's Office by phone at 202-879-1133 or by live chat at https://www.dccourts.gov/services/civil-matters/requesting-over-10k.

To access your case information online, please visit www.dccourts.gov/services/cases-online.

**Case Caption:**   Yolanda Littlejohn v. District of Columbia

**To:**   Robert W Baldwin III                    **Case Number:**    2025-CAB-000036

### NOTICE OF REMOTE INITIAL SCHEDULING CONFERENCE

Your case is scheduled for a(n) **Remote Initial Scheduling Conference** on **04/11/2025** at **9:30 AM** in **Remote Courtroom 516**.

The remote hearing will be held via Webex. To join the hearing, follow the below instructions.

**To Join by Computer, Tablet, or Smartphone:**
1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

   Link: dccourts.webex.com/meet/ctb516

   Meeting ID: 129 776 4396

2) Click "**Join Meeting**". You may be placed in the lobby until the courtroom clerk gives you access to the hearing.

**OR To Join by Phone:**
1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)
   Enter the Webex Meeting ID shown above followed by "##"

**Resources and Contact Information:**
1) For best practices on how to participate in Webex Meetings, click here www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch at 202-879-1133.
4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and forms.

**Persons with Disabilities:**

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call (202) 879-1700 or email ADACoordinator@dcsc.gov. The D.C. Courts does not provide transportation service.

**Interpreting and Translation Services**:

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office at the telephone number at the top of the first page of this notice. For more information, visit https://www.dccourts.gov/language-access.

Language access is important to the D.C. Courts. You can provide feedback on language services by visiting https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**Servicios de interpretación y traducción:**

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría en el número de teléfono que figura en la parte superior de la primera página de este anuncio. Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**የቃልና የጽሑፍ ትርጓሜ አገልግሎቶች፦**

የዲ.ሲ. ፍርድ ቤቶች መስማት388 ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች የፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎምላቸው መጠየቅ ይችላሉ። አስተርጓሚ ወይም የጽሑፍ ትርጉም ለመጠየቅ፣ እባክዎን በዚህ ደብዳቤ የመጀመሪያ ገጽ አናት ላይ በተቀመጠው ስልክ ቁጥር የፍርድ ቤቱን መዝገብ ቤት ቢሮን ያናግሩ። ለበለጠ መረጃ https://www.dccourts.gov/language-access ላይ ይጎብኙ።

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።



Superior Court of the District of Columbia
Civil Division - Civil Actions Branch
500 Indiana Ave NW, Room 5000, Washington DC 20001
202-879-1133 | www.dccourts.gov

First Class Mail
U. S. Postage Paid
Washington, D.C.
Permit No. 1726

District of Columbia
400 6th Street NW
Washington DC  20001

You are named in a lawsuit filed in the Superior Court of the District of Columbia. If you cannot appear at the hearing, please contact the Clerk's Office immediately for more information. If Plaintiff does not participate, the case may be dismissed. If Defendant does not participate, default or judgment may be entered.

For case information, please contact the Civil Actions Branch Clerk's Office by phone at 202-879-1133 or by live chat at https://www.dccourts.gov/services/civil-matters/requesting-over-10k.

To access your case information online, please visit www.dccourts.gov/services/cases-online.

**Case Caption:**   Yolanda Littlejohn v. District of Columbia

**To:**   District of Columbia                              **Case Number:**      2025-CAB-000036

### NOTICE OF REMOTE INITIAL SCHEDULING CONFERENCE

Your case is scheduled for a(n) **Remote Initial Scheduling Conference** on **04/11/2025** at **9:30 AM** in **Remote Courtroom 516**.

The remote hearing will be held via Webex. To join the hearing, follow the below instructions.

**To Join by Computer, Tablet, or Smartphone:**
1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

   Link: dccourts.webex.com/meet/ctb516

   Meeting ID: 129 776 4396

2) Click "**Join Meeting**". You may be placed in the lobby until the courtroom clerk gives you access to the hearing.

**OR To Join by Phone:**
1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)
   Enter the Webex Meeting ID shown above followed by "##"

**Resources and Contact Information:**
1) For best practices on how to participate in Webex Meetings, click here www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch at 202-879-1133.
4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and forms.

**Persons with Disabilities:**

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call (202) 879-1700 or email ADACoordinator@dcsc.gov. The D.C. Courts does not provide transportation service.

**Interpreting and Translation Services**:

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office at the telephone number at the top of the first page of this notice.  For more information, visit https://www.dccourts.gov/language-access.

Language access is important to the D.C. Courts. You can provide feedback on language services by visiting https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**Servicios de interpretación y traducción:**

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría en el número de teléfono que figura en la parte superior de la primera página de este anuncio. Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**የቃልና የጽሑፍ ትርጓሜ አገልግሎቶች፦**

የዲ.ሲ. ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች የፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎምላቸው መጠየቅ ይችላሉ። አስተርጓሚ ወይም የጽሑፍ ትርጉም ለመጠየቅ፣ እባክዎን በዚህ ደብዳቤ የመጀመሪያ ገጽ አናት ላይ በተቀመጠው ስልክ ቁጥር የፍርድ ቤቱን መዝገብ ቤት ቢሮን ያናግሩ። ለበለጠ መረጃ https://www.dccourts.gov/language-access  ላይ ይጎብኙ።

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።

eFiled
3/17/2025 11:28:45 AM
Superior Court
of the District of Columbia

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | |
|---|---|
| YOLANDA LITTLEJOHN, | |
| *Plaintiff,* | **Case No. 2025-CAB-000036** |
| | **Judge Donald Walker Tunnage** |
| v. | **Next Court Date: April 11, 2025** |
| | **Event: Initial Scheduling Conference** |
| DISTRICT OF COLUMBIA, | |
| *Defendants.* | |

**NOTICE OF APPEARANCE**

Please enter the appearance of Assistant Attorney Generals Eli Koppel and Lauren

Nasstrom as counsel for Defendant District of Columbia.

Date:  March 17, 2025                    Respectfully submitted,

                                         BRIAN L. SCHWALB
                                         Attorney General for the District of Columbia

                                         CHAD COPELAND
                                         Deputy Attorney General
                                         Civil Litigation Division

                                         */s/ Jonathan Berman*
                                         JONATHAN BERMAN [445169]
                                         Chief, Civil Litigation Division, Section III

                                         */s/ Eli Koppel*
                                         LAUREN NASSTROM [90027130]
                                         ELI KOPPEL*
                                         Assistant Attorneys General
                                         Civil Litigation Division, Section III
                                         400 6th Street NW
                                         Washington, D.C. 20001
                                         (202) 262-2608; (202) 724-7316

---

\*       Admitted to practice in New York and Maryland, practicing in the District of Columbia
under the supervision of Jonathan Berman, a member of the District of Columbia Bar, under
D.C. Court of Appeals Rule 49(c) and D.D.C. LCvR 83.2(g).

lauren.nasstrom@dc.gov; eli.koppel@dc.gov

*Counsel for Defendant District of Columbia*



Superior Court of the District of Columbia
Civil Division - Civil Actions Branch
500 Indiana Ave NW, Room 5000, Washington DC 20001
202-879-1133 | www.dccourts.gov

First Class Mail
U. S. Postage Paid
Washington, D.C.
Permit No. 1726

Eli Koppel
Assistant Attorney General
Civil Litigation Division
400 6th Street NW
Washington DC  20001

You are named in a lawsuit filed in the Superior Court of the District of Columbia. If you cannot appear at the hearing, please contact the Clerk's Office immediately for more information. If Plaintiff does not participate, the case may be dismissed. If Defendant does not participate, default or judgment may be entered.

For case information, please contact the Civil Actions Branch Clerk's Office by phone at 202-879-1133 or by live chat at https://www.dccourts.gov/services/civil-matters/requesting-over-10k.

To access your case information online, please visit www.dccourts.gov/services/cases-online.

**Case Caption:**   Yolanda Littlejohn v. District of Columbia

**To:**  Eli Koppel                                      **Case Number:**    2025-CAB-000036

**NOTICE OF REMOTE INITIAL SCHEDULING CONFERENCE**

Your case is scheduled for a(n) **Remote Initial Scheduling Conference** on **04/11/2025** at **9:30 AM** in **Remote Courtroom 516**.

The remote hearing will be held via Webex. To join the hearing, follow the below instructions.

**To Join by Computer, Tablet, or Smartphone:**
1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

   Link: dccourts.webex.com/meet/ctb516

   Meeting ID: 129 776 4396

2) Click "**Join Meeting**". You may be placed in the lobby until the courtroom clerk gives you access to the hearing.

**OR To Join by Phone:**
1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)

   Enter the Webex Meeting ID shown above followed by "##"

**Resources and Contact Information:**
1) For best practices on how to participate in Webex Meetings, click here www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch at 202-879-1133.
4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and forms.

Accessibility and Language Access Information for Superior Court

**Persons with Disabilities:**

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call (202) 879-1700 or email ADACoordinator@dcsc.gov. The D.C. Courts does not provide transportation service.

**Interpreting and Translation Services**:

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office at the telephone number at the top of the first page of this notice.  For more information, visit https://www.dccourts.gov/language-access.

Language access is important to the D.C. Courts. You can provide feedback on language services by visiting https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**Servicios de interpretación y traducción:**

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría en el número de teléfono que figura en la parte superior de la primera página de este anuncio. Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**የቃልና የጽሑፍ ትርጓሜ አገልግሎቶች፦**

የዲ.ሲ. ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች ፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎሙላቸው መጠየቅ ይችላሉ። አስተርጓሚ ወይም የጽሑፍ ትርጉም ለመጠየቅ፣ እባክዎን በዚህ ደብዳቤ የመጀመሪያ ገጽ አናት ላይ በተቀመጠው ስልክ ቁጥር የፍርድ ቤቱን መዝገብ ቤት ቢሮን ያናግሩ። ለበለጠ መረጃ https://www.dccourts.gov/language-access  ላይ ይጎብኙ።

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።



Superior Court of the District of Columbia
Civil Division - Civil Actions Branch
500 Indiana Ave NW, Room 5000, Washington DC 20001
202-879-1133 | www.dccourts.gov

First Class Mail
U. S. Postage Paid
Washington, D.C.
Permit No. 1726

Lauren Nasstrom
400 6th Street NW
Washington DC  20001

You are named in a lawsuit filed in the Superior Court of the District of Columbia. If you cannot appear at the hearing, please contact the Clerk's Office immediately for more information. If Plaintiff does not participate, the case may be dismissed. If Defendant does not participate, default or judgment may be entered.

For case information, please contact the Civil Actions Branch Clerk's Office by phone at 202-879-1133 or by live chat at https://www.dccourts.gov/services/civil-matters/requesting-over-10k.

To access your case information online, please visit www.dccourts.gov/services/cases-online.

**Case Caption:**   Yolanda Littlejohn v. District of Columbia

**To:**   Lauren Nasstrom                    **Case Number:**    2025-CAB-000036

### NOTICE OF REMOTE INITIAL SCHEDULING CONFERENCE
Your case is scheduled for a(n) **Remote Initial Scheduling Conference** on **04/11/2025** at **9:30 AM** in **Remote Courtroom 516**.

The remote hearing will be held via Webex. To join the hearing, follow the below instructions.

**To Join by Computer, Tablet, or Smartphone:**
1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

  Link: dccourts.webex.com/meet/ctb516

  Meeting ID: 129 776 4396

2) Click "**Join Meeting**". You may be placed in the lobby until the courtroom clerk gives you access to the hearing.

**OR To Join by Phone:**
1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)
  Enter the Webex Meeting ID shown above followed by "##"

**Resources and Contact Information:**
1) For best practices on how to participate in Webex Meetings, click here www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch at 202-879-1133.
4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and forms.

**Persons with Disabilities:**

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call (202) 879-1700 or email ADACoordinator@dcsc.gov. The D.C. Courts does not provide transportation service.

**Interpreting and Translation Services**:

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office at the telephone number at the top of the first page of this notice. For more information, visit https://www.dccourts.gov/language-access.

Language access is important to the D.C. Courts. You can provide feedback on language services by visiting https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**Servicios de interpretación y traducción:**

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría en el número de teléfono que figura en la parte superior de la primera página de este anuncio. Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**የቃልና የጽሑፍ ትርጓሜ አገልግሎቶች፦**

የዲ.ሲ. ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች ፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎሙላቸው መጠየቅ ይችላሉ። አስተርጓሚ ወይም የጽሑፍ ትርጉም ለመጠየቅ፣ እባክዎን በዚህ ደብዳቤ የመጀመሪያ ገጽ አናት ላይ በተቀመጠው ስልክ ቁጥር የፍርድ ቤቱን መዝገብ ቤት ቢሮን ያናግሩ። ለበለጠ መረጃ https://www.dccourts.gov/language-access ላይ ይጎብኙ።

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።